LAW OFFICES
# RICHARD M. GREENSPAN, P.C.
220 HEATHERDELL ROAD, ARDSLEY, NEW YORK 10502
TELEPHONE (914) 478-2801
FAX (914) 478-2913

RICHARD M. GREENSPAN (NY, NJ, CT, CA)

ERIC J. LARUFFA (NY)
JULIE PEARLMAN SCHATZ (NY, NJ, PA, MD)
THOMAS RUBERTONE, JR. (NY, CT)

WEBSITE: GREENSPANLAW.NET

October 13, 2009

**Via ECF**

Clerk
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Regarding:    United Welfare Fund, Welfare Division et al. v. Riverside Motor Car LLC a/k/a Riverside Audi

Civil Action Number:    09 CV 3472 (PGS)(ES)

Dear Sir or Madam:

   Please be advised that this firm has been advised that the defendant, Riverside Moto Car LLC a/k/a Riverside Audi has filed for bankruptcy protection. The bankruptcy proceeding is captioned Riverside Motor Car, LLC d/b/a Riverside Audi, Docket Number 09-31422-MS and is pending in the United States Bankruptcy Court for the District of New Jersey.

   In light of the foregoing, the within action is subject to the automatic stay provisions of the Bankruptcy Code. Please mark the file accordingly.

   If you have any questions, please feel free to contact the undersigned. Thank you for your attention to this matter.

                            Very truly yours,

                            s/ *Julie Pearlman Schatz*
                            Julie Pearlman Schatz
                            For Law Offices of:
                            Richard M. Greenspan, P.C.

JPS:cm

SO ORDERED: /s/ Peter G. Sheridan
DATED: 11/9/09

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United Welfare Fund, Welfare        CIVIL 09-3472 (PGS)

    V.

Riverside Motor Car, LLC             O R D E R
also known as
RIVERSIDE AUDI

It appearing that proceedings in the above matter have been stayed,

It is on this 9th day of November 2009,

ORDERED that the Clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

                                               /s/ Peter G. Sheridan
                                               PETER G. SHERIDAN, U.S.D.J.